at which plaintiffs sold or agreed to sell to other customers similar goods on the date of the actual billing of said goods to the defendants; and that the defendants were at all times ready, able and willing to accept and pay for the goods described in the complaint in accordance with that agreement, but that the plaintiffs refused to deliver the goods.

*Terence J. McManus* and *Samuel Greenbaum* for appellants.

*Chandler Bennitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

HENRY J. MCBRIDE, Respondent, *v.* LEWIS C. HOPKINS COMPANY, Appellant.

*Negligence — animals — action to recover for injury from bite of horse.*

*McBride* v. *Hopkins Co.*, 213 App. Div. 855, affirmed.

(Submitted June 10, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in harboring a vicious horse. The complaint alleged and there was testimony to show that while plaintiff was engaged in his work on a pier in New York city he was bitten on the cheek by a horse belonging to defendant and that the same horse had previously snapped at another man on the same pier.

*Clarence S. Zipp, Joseph F. O'Brien* and *E. C. Sherwood* for appellant.

*Julian J. Raphael* and *Samuel R. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.